U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
1-5 M 20 18
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CATHERINE ADLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -versus- ) | CIVIL ACTION FILE |
| ) | NO. 4:17-CV-00222-WTM-GRS |
| STATE FARM FIRE AND ) | |
| CASUALTY COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING JOINT MOTION FOR STAY OF DISCOVERY & EXTENDING DEADLINES

This matter having come before the Court by Joint Motion by the Parties, and the Court having considered same,

IT IS HEREBY ORDERED, that the Parties' Motion is hereby **GRANTED**. Discovery in this matter shall be stayed for sixty (60) days pending an inspection and settlement discussions between the Parties. In light of the stay of discovery it is further Ordered that the Court's Scheduling Order [Doc. No. 8] shall be altered as follows:

- Last day for filing Motions to Amend or Add Parties: March 8, 2018;

- Last day to furnish expert witness report by Plaintiff: April 29, 2018;

- Last day to furnish expert witness report by Defendant: May 29, 2018;

- Joint Status Report Due: May 29, 2018; and

- Close of Discovery: July 29, 2018.

ORDERED this 57th day of January, 2018.

                                    *[signature]*
G.R. Smith, Magistrate Judge
United States District Court Southern
District of Georgia